**DISMISS and Opinion Filed September 12, 2018**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-18-00596-CV**

## IN THE INTEREST OF D.J.L. AND J.J.W., CHILDREN

**On Appeal from the 304th Judicial District Court
Dallas County, Texas
Trial Court Cause No. JC-18-00535-W**

## MEMORANDUM OPINION
Before Chief Justice Wright, Justice Evans, and Justice Brown
Opinion by Chief Justice Wright

After reviewing the clerk's record, the Court questioned its jurisdiction over this appeal because it contained an order transferring this case to Bexar County. We instructed appellant to file a letter brief addressing the jurisdictional issue and cautioned her that failure to do so may result in dismissal of the appeal without further notice. As of today's date, appellant has not filed a letter brief.

This Court has jurisdiction of all civil cases "within its district." Tex. Gov't Code Ann. § 22.220(a) (West Supp. 2017). Bexar County district courts are not within this Court's district. Accordingly, we dismiss the appeal for want of jurisdiction. See Tex. R. App. P. 42.3(a).

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

180596F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

**JUDGMENT**

IN THE INTEREST OF D.J.L. AND
J.J.W., CHILDREN

No. 05-18-00596-CV

On Appeal from the 304th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. JC-18-00535-W.
Opinion delivered by Chief Justice Wright.
Justices Evans and Brown participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered September 12, 2018.